HOFMANN & SCHWEITZER
Attorneys for Plaintiff
360 W. 31st Street, Suite 1506
New York, N.Y. 10001
Tel: 212-465-8840

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DAVID A. PANDORF,

                                   Plaintiff,          **STIPULATION OF**

   -against-                                              **DISCONTINUANCE**

MARIUS R. FORTELNI,
and the M/Y EDEN DROP, In Rem,           Cv-13-4819 (EV) (MO)

                                  Defendants.
-----------------------------------------------------------x

     IT IS HEREBY STIPULATED by and between the attorneys for the opposing parties that the above-referenced action, and any and all cross claims and counterclaims relating thereto, having been compromised and settled, should be dismissed with prejudice and without costs pursuant to Rule 4l(a) of the Federal Rules of Civil Procedure.

     IT IS FURTHER STIPULATED, that Court retains jurisdiction to oversee and enforce the terms of the settlement.

HOFMANN & SCHWEITZER                      RUBIN FIORELLA & FRIEDMAN
Attorneys for Plaintiff                                  Attorneys for Defendant

By: _____                     By: _____
    Timothy F. Schweitzer (TS 2167)                 Michael Stern
    360 W. 31st St., Ste. 1506                         630 Third Avenue
    New York, NY 10001                               New York, NY 10017

June 4, 2014